IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:14-CR-230(GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **RICHARD WILLIAMS,** | ) Violation(s):   21 U.S.C. §§ 841 (a)(1), |
| | )                          (b)(1)(B) and 846 |
| | )                          [Marijuana Conspiracy] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Oneida and elsewhere |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Marijuana Conspiracy]

Between approximately February 2011 and February 14, 2014, in Oneida County, in the Northern District of New York, and elsewhere, the defendant, RICHARD WILLIAMS, and others conspired to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. As to defendant RICHARD WILLIAMS, that violation involved 100 kilograms or more of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B).

### PRIOR DRUG FELONY CONVICTION

1.  Count one is incorporated by reference.

2.  RICHARD WILLIAMS, defendant, has a prior final conviction for a felony drug offense, to wit: on or about June 25, 1991, in Greene County, New York, he was convicted of criminal possession of a controlled substance in the 4th degree (case C-91-054B93-1151-1), in violation of New York Penal Law, and, on that date the defendant was sentenced to a term of

five (5) years probation, which conviction affects the penalty provisions of Title 21, United States Code, Section 841(b)(1), which applies to count one

Dated:   June 18, 2014

A TRUE BILL,   *Name Redacted

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

/ Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:   *[signature]*
Carl G. Eurenius
Assistant United States Attorney
Bar Roll No. 511746