IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 5:14-CR-00230 |
| v. | (Hon. Glenn T. Suddaby) |
| RICHARD WILLIAMS, | STIPULATION AND ORDER FOR CONTINUANCE |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Christina G. Cagina, Esq., the attorney for Richard Williams, having moved for a continuance of ninety (90) days within which the parties may complete discovery, file motions and prepare for trial in the above-captioned action and Richard S. Hartunian, United States Attorney for the Northern District of New York (Carl G. Eurenius, Assistant U.S. Attorney, appearing) having consented to the continuance and proposed the exclusion of the additional ninety (90) day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of initial appearance: June 23, 2014

    b. Date of indictment: June 18, 2014

    c. Defendant custody status: On June 23, 2014 the defendant was released on conditions.

2. There have been no prior stipulations or continuances under the Speedy Trial Act for this Defendant.

3. Defendant has requested the continuance based on the following facts and circumstances:

      a.    Trial is currently scheduled for August 25, 2014. The defendant is currently reviewing discovery in this case and needs additional time to determine what motions, if any, to file and prepare for trial. The additional time would also allow the defense and Government to engage in plea negotiations and possibly negate the need for a trial. If, however, the Government and defense are unable to successfully negotiate a plea, then a continuance will allow the defense counsel an opportunity to prepare for trial.

    4.    The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial because the additional discovery may affect the manner of resolution of the case. These facts support the fact that delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 USC §3161(h)(7)(B)(iv).

    5.    The parties stipulate and agree that a period of ninety (90) days beginning on and including the date on which the Court signs the requested order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

                              Richard S. Hartunian
                              United States Attorney

By:    *[signature]* for Carl Evrenius
        Carl G. Eufenius
        Assistant U.S. Attorney
        Bar Roll No. 511746

*[signature]*
Christina G. Cagina, Esq.
Attorney for Richard Williams
Bar Roll No. 508589