UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -vs-

RICHARD WILLIAMS,

        Defendant.

**ORDER**

Criminal Action No. 5:14-cr-230 (GTS)

BASED ON THE JOINT STIPULATION AND THE FOLLOWING FINDINGS, IT IS HEREBY ORDERED:

1. That the ninety (90) day period, from 11/6/14 to and including 2/3/15, shall be excludable in computing time under the Speedy Trial Act. Based on the stipulated facts and findings set forth in the joint stipulation which the Court incorporates into this Order and adopts them as findings, the Court further finds, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2. The deadline for the completion of discovery by the United States shall be completed on or before **DECEMBER 15, 2014** (otherwise due within 14 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial Order). The deadline for the completion of reciprocal discovery by the Defendant shall be completed on or before **DECEMBER 22, 2014** (otherwise due within 21 days of arraignment pursuant to Local Rules of Criminal Procedure and the Criminal Pretrial order).

-2-

3. Any pretrial motions in this case shall be filed on or before **DECEMBER 29, 2014** and shall be made returnable on January 29, 2015 on submit before Judge Glenn T. Suddaby with no appearances necessary.

4. Any change of plea shall be entered on or before **JANUARY 26, 2015.**

5. All pretrial submissions as set forth in the criminal pretrial scheduling order (*Dkt #7*) are due on or before **FEBRUARY 2, 2015**.

6. Jury Trial is scheduled to commence on **FEBRUARY 9, 2015** at 9:00 a.m. before Judge Glenn T. Suddaby in Syracuse, New York.

The Court will not entertain any further extensions without good cause shown.

IT IS SO ORDERED

Dated:      November 6, 2014
            Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 5:14-CR-00230 |
| v. | (Hon. Glenn T. Suddaby) |
| RICHARD WILLIAMS, | STIPULATION AND ORDER |
| Defendant. | FOR CONTINUANCE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Christina G. Cagina, Esq., the attorney for Richard Williams, having moved for a continuance of ninety (90) days within which the parties may complete discovery, file motions and prepare for trial in the above-captioned action and Richard S. Hartunian, United States Attorney for the Northern District of New York (Carl G. Eurenius, Assistant U.S. Attorney, appearing) having consented to the continuance and proposed the exclusion of the additional ninety (90) day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of initial appearance: June 23, 2014

    b. Date of indictment: June 18, 2014

    c. Defendant custody status: On June 23, 2014 the defendant was released on conditions.

2. The Court previously ordered the following exclusion under the Speedy Trial Act:

    a. Order dated August 21, 2014 excluded the period between August 21, 2014 and including November 18, 2014.

3. Defendant has requested the continuance based on the following facts and circumstances:

a.  Trial is currently scheduled for November 17, 2014. The additional time would also allow the defense and Government to engage in plea negotiations and possibly negate the need for a trial, and it is anticipated that this matter will be resolved by a plea agreement.

4.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial because the additional discovery may affect the manner of resolution of the case. These facts support the fact that delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 USC §3161(h)(7)(B)(iv).

5.  The parties stipulate and agree that a period of ninety (90) days beginning on and including the date on which the Court signs the requested order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

>       Richard S. Hartunian
>       United States Attorney
>
> By:   Carl G. Eurenius
>       Assistant U.S. Attorney
>       Bar Roll No. 511746
>
>       Christina G. Cagina, Esq.
>       Attorney for Richard Williams
>       Bar Roll No. 506589